**Order entered September 15, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01247-CR

**ANDREW JACOBY DUFFY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-42085-J**

### ORDER

We **REINSTATE** this appeal.

We abated for the appointment of new counsel. On September 8, 2020, a supplemental clerk's record containing the appointment of counsel was filed. We **DIRECT** the Clerk to list Shara Saget as appointed counsel in this case. All future correspondence shall be sent to Shara Saget at the address on file with the Court.

Appellant's brief was filed on July 9, 2020. Any amended or supplemental brief is **DUE** by October 16, 2020. If counsel decides to adopt the brief filed on

July 9, 2020, she may do so by filing a letter by October 16, 2020 stating her intent to rely on the existing brief.

The State's brief is **DUE** on November 20, 2020.

/s/    BILL PEDERSEN, III
JUSTICE